IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30466
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE JAMES SMITH,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CR-339-1-J
--------------------
February 19, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

Jesse James Smith entered a conditional guilty plea
to possession with intent to distribute cocaine hydrochloride.
He seeks, as his sole issue on appeal, to have this court
re-examine its prior determination on interlocutory appeal in
United States v. Smith, 273 F.3d 629 (5th Cir. 2001), that there
was reasonable suspicion to support the search of his cruise-ship
cabin. Review of this issue is precluded under the law-of-the-
case doctrine, and we will not reexamine it. See United States
v. Becerra, 155 F.3d 740, 752-53 (5th Cir. 1998).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

This appeal is without arguable merit and is thus frivolous. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. 5TH CIR. R. 42.2.

APPEAL DISMISSED.